KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL# 0604501

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHANNON TALLANT, | ) Case No. 3:15-cv-00071-RRB |
| Plaintiff, | ) |
| vs. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| U.S. DEPARTMENT OF THE ARMY, | ) |
| Defendant. | ) |

The United States, through counsel, moves for a sixty-day extension of time to respond to Plaintiff's Complaint, until July 20, 2015. Plaintiff's counsel has stated he does not oppose the requested extension.

Following the filing of the United States' response, the parties will confer regarding the Rule 26 Report.

DATED this 11th day of May, 2015, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/E. Bryan Wilson
E. BRYAN WILSON
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015,
a copy of the foregoing
was served electronically on:

Steven L. Herrick
Mathew B. Tully
Sarah L. McKinin

s/E. Bryan Wilson
Office of the U.S. Attorney

*Tallant v. U.S. Department of the Army*   2
3:15-cv-00071-RRB